IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00438-WDM-MEH

RHONDA EVANS BARNSBEE,

    Plaintiff,

v.

DAVOL, INC., and
C.R. BARD, INC.,

    Defendants.

---

**ORDER ON DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MULTIDISTRICT LITIGATION**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Defendants seek to stay this case pending a decision by the Judicial Panel on Multidistrict Litigation (JPML) on whether to include this case for MDL treatment. Although the JPML held oral argument on the MDL issue in May 2007, this action was recently noticed as a "tag-along" on March 7, 2008. The scheduling conference in this case will not be held for another six weeks. No other proceedings are pending in this lawsuit. Given that judicial economy will not be substantially served by a stay given the present circumstances of this case and that Defendants believe a decision by the JPML is imminent, the Court does not believe a stay is warranted at this point and will deny the motion without prejudice.

    Accordingly, it is hereby ORDERED that Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal Multidistrict Litigation [filed March 20, 2008; doc #18] is **denied without prejudice**.

Dated at Denver, Colorado, this 24th day of March, 2008.

                                        BY THE COURT:

                                        s/ Michael E. Hegarty
                                        Michael E. Hegarty
                                        United States Magistrate Judge